United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ANDRES ANTONIO GARZA, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, Director, Texas § <br> Department of Criminal Justice Correctional § <br> Institutions Division, § <br> Respondent. § | Civil Action No. 1:19-cv-00137 |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 19). The R&R recommended the following: (1) dismiss the case as time-barred; (2) close the case; and (3) decline to issue a certificate of appealability.

Objections were due April 6, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, Andres Antonio Garza's cause of action against Lorie Davis is **DISMISSED,** and the Court **DECLINES** to issue a certificate of appealability. The Clerk of the Court is **ORDERED** to close this case.

Signed on this **7th** day of **May**, 2020.

_____
Rolando Olvera
United States District Judge